ACCEPTED
15-25-00010-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
3/31/2025 10:01 AM
CHRISTOPHER A. PRINE
CLERK

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
3/31/2025 10:01:02 AM
CHRISTOPHER A. PRINE
Clerk

No. 15-25-00010-CV

_____

# In the Court of Appeals for the Fifteenth Judicial District Austin, Texas

_____

TEXAS HEALTH AND HUMAN SERVICES COMMISSION
*Appellant,*

v.

SHANRESSA CRADDOCK
*Appellee.*

_____

On Appeal from the 250th Judicial District Court of Travis County, Texas
Cause No. D-1-GN-22-007315

_____

**TEXAS HEALTH AND HUMAN SERVICES COMMISSION'S
UNOPPOSED MOTION
TO EXTEND TIME TO FILE APPELLANT'S BRIEF**

_____

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney General

AUSTIN KINGHORN
Deputy Attorney General for Civil Litigation

KIMBERLY GDULA
Chief, General Litigation Division

JENNIFER COOK
Texas Bar No. 00789233
Assistant Attorney General
General Litigation Division
Office of the Attorney General
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Phone: (512) 475-4098
jennifer.cook@oag.texas.gov
FAX: (512) 320-0667

**Counsel for Appellant
Texas Health and Human Services
Commission**

15-25-00010-CV; *Texas Health and Human Services Commission. v. Shanressa Craddock*
**HHSC's Motion To Extend Time to File Appellant Brief**                    Page **1** of **3**

TO THE HONORABLE FIFTEENTH COURT OF APPEALS:

Pursuant to Texas Rules of Appellate Procedure 10.5(b) and 38.6(d), Appellant, Texas Health and Human Services Commission ("HHSC"), files this motion asking the Court to extend the time for HHSC to file appellant's brief.

1.      Appellant is the Texas Health and Human Services Commission. Appellee is Shanressa Craddock.

2.      There is no specific deadline to file this motion to extend time. Tex. R. App. P. 38.6(b).

3.      Appellee is unopposed to this motion.

4.      The Court may grant an extension of time under Texas Rules of Appellate Procedure 10.5(b) and 38.6(d).

5.      The current deadline to file appellant's brief is April 7, 2025.

6.      HHSC requests an additional 15 days to file appellant's brief, extending the time until April 22, 2025.

7.      No extension has been granted to extend the time to file appellant's brief.

8.      HHSC needs additional time due to the current scheduling commitments of HHSC's counsel.

9.      For these reasons, HHSC asks the Court to grant an extension of time to file appellant's brief until April 22, 2025.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney General

AUSTIN KINGHORN
Deputy Attorney General for Civil Litigation

KIMBERLEY GDULA
Chief - General Litigation Division

/s/*Jennifer Cook*
JENNIFER COOK
Assistant Attorney General
Texas State Bar No. 00789233
General Litigation Division
Office of the Attorney General
P.O. Box 12548
Austin, Texas 78711-2548
Tel: (512) 475-4098
Fax: (512) 302-0667
jennifer.cook@oag.texas.gov

**Attorney for Appellant, The Texas Health and Human Services Commission**

## CERTIFICATE OF CONFERENCE

I certify that I have conferred with Appellee's counsel regarding this motion and Appellee is unopposed to this motion.

/s/ *Jennifer Cook*
JENNIFER COOK
Assistant Attorney General

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Victoria Gomez on behalf of Jennifer Cook
Bar No. 789233
victoria.gomez@oag.texas.gov
Envelope ID: 99062773
Filing Code Description: Motion
Filing Description: 20250331_motion for extension of timeappellant brief
Status as of 3/31/2025 11:27 AM CST

Associated Case Party: Texas Health an Human Services Commission

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Victoria Gomez | | victoria.gomez@oag.texas.gov | 3/31/2025 10:01:02 AM | SENT |
| Jennifer Cook | | Jennifer.Cook@oag.texas.gov | 3/31/2025 10:01:02 AM | SENT |

Associated Case Party: Shanressa  Craddock

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| David Beyleryan | | dbeyleryan@lonestarlegal.org | 3/31/2025 10:01:02 AM | SENT |
| Elizabeth Ewing | | eewing@lonestarlegal.org | 3/31/2025 10:01:02 AM | SENT |